# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                           CASE NO. 6:08-CR-66-ORL-19KRS

LOUIS CURTIS VEGA

## ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 28, filed June 26, 2008) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 28) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Louis Curtis Vega has entered a plea of guilty to Counts One and Two of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One and Two of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this  8th  day of July, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant

Courtroom Deputy